IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| MARION HOPKINS | § | |
| Plaintiff, | § § § | |
| v. | § § | CASE NO. <u>5:20-cv-303</u> |
| PPH MORTGAGE | § § | |
| Defendant. | § § § | |

### DEFENDANT'S CORPORATE DISCLOSURE STATEMENT AND <u>CERTIFICATE OF INTERESTED PERSONS</u>

Pursuant to Federal Rule of Civil Procedure 7.1, Defendant, PHH Mortgage Corporation ("PHH MC" or "Defendant"), improperly named as PPH Mortgage, files this Corporate Disclosure Statement and Certificate of Interested Persons.

### I.  PHH'S CORPORATE DISCLOSURE STATEMENT

PHH MC is a New Jersey corporation.  One hundred percent of the common stock of PHH MC is owned by PHH Corporation, and one hundred percent of PHH Corporation's common stock is owned by Ocwen Financial Corporation.  <u>Ocwen Financial Corporation is a publicly traded corporation, with no entity owning more than 10% of its stock</u>.

### II.  CERTIFICATE OF INTERESTED PARTIES

The following parties are financially interested in the outcome of this litigation:

a. Plaintiff Marion Hopkins; and

b. Defendant PHH MC.

Dated:  March 12, 2020

Respectfully submitted,

**DYKEMA GOSSETT PLLC**

*/s/ Brett W. Schouest*
Brett W. Schouest
Attorney in Charge
State Bar No. 17807700
bschouest@dykema.com
Neyma Figueroa
State Bar No. 24097684
nfigueroa@dykema.com
112 E. Pecan, Suite 1800
San Antonio, Texas  78205
Telephone: (210) 554-5500
Facsimile: (210) 226-8395

***Attorneys for Defendant***

# CERTIFICATE OF SERVICE

I hereby certify that the foregoing document has been served on the following counsel of record via the court's ECF filing system and via email on March 12, 2020, in accordance with the Federal Rules of Civil Procedure:

Ramon S. Rodriguez Jr.
Rodriguez Garza, P.L.L.C.
247 Olmos Dr., Suite 200
San Antonio, Texas  78212
rsrjr04@hotmail.com

*/s/ Brett W. Schouest*
Brett W. Schouest

2